

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2020

**BY ECF**

1-8-2020

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

[handwritten: Matter is adjourned to January 23, 2020 at 3 PM (time through 1/23/2020 is excluded / So ordered. Paul Crotty USDJ)]

Re: *United States v. Jose Rodriguez*, 19 Cr. 278 (PAC)

Dear Judge Crotty:

The Government respectfully writes to request that the conference currently set for January 9, 2020 at 11:30 AM be adjourned to January 21 or 23, 2020 at any time after 3 p.m. convenient for the Court. This request is made jointly with Christopher Madiou, Esq., counsel to the above-referenced defendant, and with Pretrial Services Officer Carlos Ramirez. Officer Ramirez is not available on January 9th, and the defendant is expected to begin a new phase of drug treatment next week, so a brief adjournment will allow the parties to provide the Court with a more complete status update.

Should the Court grant the requested adjournment, the Government respectfully requests, with the defendant's consent, that the time from January 9, 2020 through the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

cc: Christopher Madiou, Esq. (by ECF)
USPO Carlos Ramirez (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-2020