LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P (917) 408 - 6484  
F (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

January 21, 2020

The Honorable Paul A. Crotty  
United States Courthouse  
500 Pearl Street  
New York, NY 10007  
*By ECF*

  Re: *United States v. Jose Rodriguez*, 19 Cr. 278 (PAC)

Dear Judge Crotty,

  I write with consent from the government and pretrial services to request that the status conference currently scheduled for January 23, 2020 be adjourned for approximately 30 days.

  On January 8, 2020, the Court granted the government's application for an adjournment so that Mr. Rodriguez could "begin a new phase of drug treatment next week." Dkt. 58. The new phase the government referred to is medication assisted treatment ("MAT"). The MAT has not yet been administered to Mr. Rodriguez, but it is expected to begin as soon as this week. The requested adjournment will allow Mr. Rodriguez to receive the initial MAT and continue his six-day-a-week, intensive outpatient treatment at the TRI Center. The adjournment will also allow the parties to be in a better position to advise the Court of a possible resolution of the case.

  Again, the government and pretrial services consent this application and we request that time between now and our next conference be excluded under the Speedy Trial Act, 18 U.S.C. §3161(H)(7(A).

Sincerely,

Christopher Madiou  
*Counsel for Jose Rodriguez*

Cc: AUSA Celia Cohen by ECF and email  
   Pretrial Services Officer Carlos Ramirez by email

1/22/2020

*[Handwritten endorsement:]* The matter will be adjourned for 30 days to February 24, 2020 at 4:30 pm. Time through Feb 24, 2020 will be excluded. So ordered. Paul A. Crotty, USDJ