# LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING
233 BROADWAY – SUITE 2208
NEW YORK, NY 10279

P (917) 408 - 6484
F (212) 571 - 9149
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

January 31, 2020

The Honorable Paul A. Crotty
United States Courthouse
500 Pearl Street
New York, NY 10007
*By ECF*

*[Handwritten annotation: The extension is granted. The Court will hold a conference on the 21st, 2020 at __ AM*
*So ordered*
*Paul A Crotty*
*USDJ]*

Re: *United States v. Jose Rodriguez*, 19 Cr. 278 (PAC)

Dear Judge Crotty,

I represent Jose Rodriguez in the above-mentioned case. I write with consent from the government to request a brief, two- to three-day adjournment of our upcoming status conference currently scheduled for February 24, 2020. I have personal travel plans and will be out of town on February 24, 2020; I will return on February 25, 2020. I respectful request that the conference be adjourned for a date later that same week.

Again, the government consents this application and we request that time between now and our next conference be excluded under the Speedy Trial Act, 18 U.S.C. §3161(H)(7)(A).

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou
*Counsel for Jose Rodriguez*

Cc: AUSA Celia Cohen by ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2-7-2020