

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Jose Rodriguez*, 19 Cr. 278 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter to request that the conference currently set for July 30, 2020 be adjourned for 14 days. This request is made jointly with Christopher Madiou, Esq., counsel to defendant Jose Rodriguez. The Government today extended a plea offer to Mr. Rodriguez, and Mr. Madiou needs time to consult with his client. Should the Court grant the requested adjournment, the Government respectfully requests, with Mr. Rodriguez's consent, that the time from today through the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

7/29/2020
The July 30 conference is adjourned to August 12, 2020 at 11:30 AM. Time is excluded through July 30, 2020. SO ORDERED.

*[signature: Paul A. Crotty]*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:   /s/_____
     Celia V. Cohen
     Assistant United States Attorney
     (212) 637-2466

cc:    Christopher Madiou, Esq. (by ECF)